IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIVAN VALLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-0453 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Based on this court's order of even date adopting the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge signed on July 2, 2013 as this court's Memorandum and Order, final judgment is entered dismissing the plaintiff's claims, with prejudice.

SIGNED on July 31, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge